IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DOUGLAS R. BERRY,

    Defendant.

: Case No. 3:11cr95

: JUDGE WALTER H. RICE

---

ENTRY RECALLING WARRANT AND LIFTING DETAINER FOR
SPECIFIC PURPOSE; DIRECTIONS TO DEFENDANT, HIS COUNSEL AND
PROBATION OFFICER

---

For good cause shown, in order to allow defendant to be enrolled in the MONDAY Program offered by the Court of Common Pleas, the warrant of this Court issued on April 3, 2018, lodged against the defendant at the Montgomery County Jail as a detainer, is lifted.

May 3, 2018

                            WALTER H. RICE
                            UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal
Probation Officer
Judge O'Connell